## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE GERARD MCGOVERN, **DEBTOR**

**CASE NO: 21-11033**

**CHAPTER 13**

**SECTION A**

## EMERGENCY EXPARTE MOTION TO REVOKE POWER OF ATTORNEY BY GERARD MCGOVERN TO JOSE JUAN ROSETE AGUILAR A/K/A GILBERTO RIVERAS

**NOW INTO COURT**, through undersigned counsel comes Gerard McGovern (hereinafter "Debtor") who seeks emergency authority to revocation of a certain General Power of Attorney by Gerard McGovern to Jose Juan Rosete Aguilar a/k/a Gilberto Riveras (hereinafter "Motion") and respectfully represents:

1. Currently, a General Power of Attorney exists from Debtor to Jose Juan Rosete Aguilar a/k/a Gilberto Riveras (hereinafter "Gilberto").

2. As a result of investigation in this matter, it has come to undersigned counsel's attention that Gilberto was and may still be utilizing the power of attorney in connection with certain activities, including but not limited and upon information and belief, to counter real estate sale offers or other negotiations.

3. Undersigned counsel informed Debtor of these facts. Debtor instructed undersigned counsel to create a document revoking and/or terminating the General Power of Attorney and obtain Court Authority to do so.

4. The specifics of the General Power of Attorney are as follows:

   a. Date: March 19, 2021

   b. Notary Public: DeShawn Hayes

5. Debtor sought relief on August 5, 2021.

6. Upon information and belief, this General Power of Attorney is the only power of attorney

that exists. Debtor reserves the right to seek further authority from the Court to execute revocations of any other instruments which may be located.

7.  This Court has exclusive jurisdiction to authorize Debtor to terminate and or revoke the General Power of Attorney. Additionally, the General Power of Attorney states in Section III titled *Effective Date and Termination; "*that the document shall become terminated when I have made a written revocation."

**WHEREFORE**, Gerard McGovern, Debtor herein prays that this Court enter an order authorizing him to terminate the General Power of Attorney by written revocation authorized by this Court. Debtor will then record the revocation in the public records in the Parish of Orleans and any other parish that may be necessary to accomplish the goal of this relief as to avoid any issue regarding closings and to clarify authority for the Debtor's real estate broker.

Respectfully Submitted,

**RICHARD W. MARTINEZ (#17040)**
**RICHARD W. MARTINEZ, APLC**
3500 N. Hullen St.
Metairie, LA 70002
Phone:  (504)525-3343
Email: richard@rwmaplc.com
Attorney for Gerard McGovern

Approved:

**Gerard McGovern**
2220 Broadway St.
New Orleans, LA 70118