**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| IN RE: | § § § § § § § § § § § § § | CASE NO: 21-10064 JOINTLY ADMINISTERED WITH CASE NO: 21-10065 CASE NO: 21-10204 CASE NO: 21- 10205 CASE NO: 21-11033 CHAPTER 7 SECTION A |
| BAYOU BYWATER LIVING, LLC, WEBSTER STREET HOLDINGS, LLC, RELDS, LLC, SOUTH CLAIBORNE HOLDINGS, LLC, AND GERARD MCGOVERN, | | |
| CARROLLTON & OAK, LLC, PLAINTIFF, V. GERARD MCGOVERN, DEFENDANT. | § § § § § § § § § § § § | ADV. NO. 22-1004 |

**ORDER**

Carrollton & Oak, LLC, and Gerard McGovern have submitted to chambers a jointly executed Consent Judgment resolving the *Complaint for Determination of Dischargeability of Debt Pursuant to § 523 of the Bankruptcy Code and for Entry of Money Judgment* (the "Complaint"), [ECF Doc. 1], filed by Carrollton & Oak, LLC, and t*he Answer and Defenses to Complaint for Determination of Dischargeability of Debt Pursuant to § 523 of the Bankruptcy Code and Entry of Money Judgment*, [ECF Doc. 4], filed by Gerard McGovern.

The Consent Agreement stipulates that by executing the Consent Judgment, the plaintiff and defendant consent to bankruptcy jurisdiction as a core proceeding under 28 U.S.C. § 157(b) and consent to the entry of a final judgment by this Court in this matter.

Accordingly, this Court finds that it has jurisdiction under 28 U.S.C. § 157(b) and that it has the power to enter a final judgment in this case and it recognizes the Parties' Agreements and enters the following Judgment:

**IT IS ORDERED** that a judgment is awarded in favor of Carrollton & Oak, LLC and against Gerard McGovern in the full principal net amount of $1,200,000.00. Said amount already having been reduced by 50% in accordance with the Agreed Reduction Obligation as defined in this Court's *Order* dated March 14, 2022, [ECF Doc. 344], in Case No. 21-10064.

**IT IS FURTHER ORDERED** that Proof of Claim No. 13 and the Amended Proof of Claim No. 13 filed in Case No. 21-11033 by Carrollton & Oak, LLC is hereby reduced to the net amount of $1,200,000.00. Said amount already having been reduced by 50% in accordance with the Agreed Reduction Obligation as defined in this Court's *Order* dated March 14, 2022, [ECF Doc. 344], in Case No. 21-10064. This claim is hereby allowed as a general unsecured claim in said net amount in Case No. 21-11033.

**IT IS FURTHER ORDERED** that the *Objection to Proof of Claim 13 and Motion for Sanctions, Damages, Costs, Fees*, [ECF Doc. 167], filed by Gerard McGovern in Case No. 21-11033 is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that the debt to Carrollton & Oak, LLC evidenced by this judgment is hereby excepted pursuant to 11 U.S.C. § 523(a)(4) and (6) from any discharge that Gerard McGovern may receive in Case No. 21-11033.

**IT IS FURTHER ORDERED** that any balance remaining due by virtue of this judgment shall begin accruing interest at the federal legal rate beginning on the date on which the Trustee files his final accounting in Case No. 21-11033.

**IT IS FURTHER ORDERED** that the Court recognizes, enforces and hereby makes the ruling of this Court the Parties' agreement that no party may seek a new trial, seek to amend this judgment, or to appeal this judgment.

**IT IS FURTHER ORDERED** that Movant shall serve this Order on the required parties who will not receive a copy through the ECF system pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, November 22, 2022.

 

_____
   MEREDITH S. GRABILL
  UNITED STATES BANKRUPTCY JUDGE