# UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 21-11033 |
| MCGOVERN, GERARD | * | CHAPTER 7 |
| *Debtor(s)* | * | SECTION A |

## INTERIM REPORT OF TRUSTEE

1. Report number IV for the period ending: 05/02/2023

2. Date of section 341(a) meeting: 11/18/2021
   Date appointment accepted: 10/19/2021

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record – Form 2)

   | | |
   |---|---|
   | Total net receipts: | $2,599,892.55 |
   | Total net disbursements: | $ 864,222.87 |
   | Checking balance: | $1,715,669.68 |

   The amount of the Trustee's bond is: Blanket Bond $25,365,767.00 which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:      $274,541.42
   (From Individual Estate Property Record – Form 1, total of column 6)
   Assets for which insurance coverage has been obtained: None

5. Projected total value to be realized (total of 3 + 4):      $1,990,211.10

6. Major activities during the reporting period not reflected in the Individual Estate Property Record and Form 2:
   Next Activity AND
   Matters Pending, Date of Hearing or Sale, and other Action:
   TRUSTEE'S MOTIONS TO DETERMINE FEDERAL AND STATE TAX LIABIILITY
   ARE SET FOR HEARING ON MAY 24, 2023 AT 1:00 P.M.

7. Projected date of final report: 12/31/2023

   Trustee's Signature: _/s/ Bill Babin Jr._
   WILBUR J. "BILL" BABIN, JR.
   3027 RIDGELAKE DRIVE
   METAIRIE, LA 70002
Date: May 2, 2023                  (504) 837-1230