**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:	Case No. 21-11033

Gerard Mcgovern	Chapter 7
Debtor(s)

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 7/17/2023, I did cause a copy of the following document(s), described below:

302-21-11033 MCGOVERN NFR BABIN, JR. (2)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/17/2023

/s/ Wilbur J. Babin, Jr.
Wilbur J. Babin, Jr.
TRUSTEE
3027 Ridgelake Drive
Metairie LA 70002
504-837-1230
babin@derbeslaw.com

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

In re:   Case No. 21-11033

    Gerard Mcgovern   Chapter 7

    Debtor(s)

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 7/17/2023, I did cause a copy of the following document(s), described below:

302-21-11033 MCGOVERN NFR BABIN, JR. (2)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/17/2023

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 7/17/2023, I caused a copy of the 302-21-11033 MCGOVERN NFR BABIN and JR. (2) to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | | |
|---|---|---|---|---|---|
| Carrolton & Oak, LLC | c/o Michael Bagneris | | 935 Gravier Street | | New Orleans LA 70112-1608 |
| Equifax | P.O. Box 740256 | | | | Atlanta GA 30374-0256 |
| Succession of Abner Tritt | c/o Session, Fishman, Nathan & Israel, | | 400 Poydras, Suite 2550 | | New Orleans LA 70130-3292 |
| City of New Orleans | Department of Finance/Bureau of Revenue | | 1300 Perdido St., Room 1W15 | | New Orleans LA 70112 |
| AMERIFACTORS FINANCIAL GROUP LLC | ATTN PEYTON WELSH | 215 CELEBRATION PL | SUITE 340 | | CELEBRATION FL 34747-5410 |
| RELDs, LLC | Robert Harvey | | 600 N. Carrolton | | New Orleans LA 70119-4707 |
| Entergy Louisiana LLC | L-JEF-359 | | 4809 Jefferson Hwy Ste A | | New Orleans LA 70121-3138 |
| Experian | P.O. Box 8701 | | | | Allen TX 75013-3742 |
| Nathaniel John DeMelis | 74 George Hull Hill Rd | | | | Redding CT 06896-1110 |
| Entergy new Orleans LLC | L-JEF-359 | | 4809 Jefferson Hwy Ste A | | New Orleans LA 70121-3138 |
| Arthur Wittenberg | 201 International Circle, Suite 230 | | | | Cockeysville MD 21030-1344 |
| Wells Fargo | P.O. Box 14547 | | | | Des Moines IA 50306-3547 |
| Chase Auto Finance | Attn: Bankruptcy | | Po Box 901076 | | Fort Worth TX 76101 |
| Barbara Rivera-Fulton, Trustee (Webster Stre | c/o David J. Messina | | 1100 Poydras St., Suite 2300 | | New Orleans LA 70163-2301 |
| Marilyn Alexander | 234 Pine Street | | | | New Orleans LA 70118 |
| Webster Street Holdings, LLC | | | | | |
| S. J. Beaulieu (ttr) Jr. | 433 Metairie Road | | Suite 515 | | Metairie LA 70005-4333 |
| Barbara Rivera-Fulton, Trustee (Bayou Bywate | c/o David J. Messina | | 1100 Poydras St., Suite 2300 | | New Orleans LA 70163-2301 |
| Laurie Martin | Attn: Amelia Hurt | | 400 Poydras, Suite 1812 | | New Orleans LA 70130-3347 |
| Bayou Bywater Living, LLC | | | | | |
| RoundPoint Mortgage Servicing Corporatio | Attn: Bankruptcy | | Po Box 19409 | | Charlotte NC 28219-9409 |
| Home Point Financial Corporation | c/o Ms. Alicia B. Cook | LAW OFFICES OF HERSCHEL C. ADCOCK, JR. | P.O. Box 87379 | | Baton Rouge LA 70879-8379 |
| Loan Partners, LLC | 1510 Woodland Hwy., Ste. A | | | | Belle Chasse LA 70037-1639 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | | PO BOX 7346 | | PHILADELPHIA PA 19101-7346 |
| Loretta Hoskins, Pam Rogers, L. Dabezies | c/o Eric Nowak | | 650 Poydras | | New Orleans LA 70130-6101 |
| Cenlar | Attn: Centralized Bankruptcy | | 425 Phillips Blvd. | | Ewing NH 08618 |
| Barbara Rivera-Fulton, Trustee (Relds) | c/o David J. Messina | | 1100 Poydras St., Suite 2300 | | New Orleans LA 70163-2301 |
| Barbara Rivera-Fulton | | | | | |
| Capital One | Attn: Bankruptcy | | Po Box 30285 | | Salt Lake City UT 84130-0285 |

| | | | | | |
|---|---|---|---|---|---|
| Southern Loan Servicing | 2325 Manhattan Blvd. | | | | Harvey LA 70058-3450 |
| Josh Matthews | 1510 Woodlan Hwy, Suite A | | | | Belle Chasse LA 70037-1639 |
| Prime Imports Company, Inc. | 2325 Manhattan Blvd. | | | | Harvey LA 70058-3450 |
| Entergy Gulf State | Attn: Bankruptcy | | Po Box 8105 | | Baton Rouge LA 70891-8105 |
| Sewerage and Water Board of NOLA | 625 St. Joseph St | | | | New Orleans LA 70165-6501 |
| Home Point Fncl Corp | Attn: Bankruptcy | | 11511 Luna Rd, Ste 200 | | Farmers Branch TX 75234 |
| Clayton Wahl Heard | P.O.Box 1165 | | | | Carrboro ID 27510-3165 |
| Dillards Card Services/Wells Fargo Bank | Attn: Bankruptcy | | Po Box 10347 | | Des Moines IA 50306-0347 |
| GULF COAST BANK AND TRUST COMPANY | c/o WAYNE A. MAIORANA, JR. | NEWMAN, MATHIS, BRADY & SPEDALE | 3501 North Causeway, Suite 300 | | Metairie LA 70002-3618 |
| Entergy | P.O. Box 8108 | | | | Baton Rouge LA 70826-8108 |
| Richard W. Martinez | Richard W. Martinez, APLC | | 3500 North Hullen | | Metairie LA 70002-3420 |
| Amex | Correspondence/Bankruptcy | | Po Box 981540 | | El Paso TX 79998-1540 |
| Prime Imports Company, Inc. | c/o- Irl Silverstein, Attorney at Law | | 2901 N. Causeway Blvd. Ste. 307 | | Metairie LA 70002-4842 |
| City of New Orleans / Bureau of Treasury | 1300 Perdido Street, Room 1W40 | | | | New Orleans LA 70112-2125 |
| Transunion | P.O. Box 2000 | | | | Chester PA 19016-2000 |
| AmeriCredit Financial Services, Inc. dba GM | 1027 Ninth Street | | | | New Orleans LA 70115-2357 |
| Sun Premium Financing, LLC | 3525 N. Causeway Blvd, Suite 900 | | | | Metairie LA 70002-3638 |
| Richard W. Martinez | Richard W Martinez, APLC | | 3500 N. Hullen St. | | Metairie LA 70002-3420 |
| Hancock Whitney Bank | Attn: Bankruptcy | | Po Box 4019 | | Gulfport MS 39502 |
| Internal Revenue Service | P.O. Box 7346 | | Centralized Insolvency Operation | | Philadelphia PA 19101-7346 |
| Tommy Ngo | c/o Trieu Law, LLC | | 537 Holmes Blvd., Suite A | | Gretna LA 70056-2838 |
| PRA Receivables Management, LLC | P.O. Box 41021 | | | | Norfolk VA 23541-1021 |
| Marilyn Alexander | 2433 Pine Street | | | | New Orleans LA 70125-4046 |
| JPMORGAN CHASE BANK N A | BANKRUPTCY MAIL INTAKE TEAM | | 700 KANSAS LANE FLOOR 01 | | MONROE LA 71203-4774 |
| Brksb/cbna | Po Box 6497 | | | | Sioux Falls SD 57117-6497 |
| Hancock Whitney Bank | 701 Poydras St.-30th Floor | | | | New Orleans LA 70139-7753 |
| Synchrony Bank | c/o PRA Receivables Management, LLC | | PO Box 41021 | | Norfolk VA 23541-1021 |
| Marilyn Alexander | | | | | |
| Trustmark National Bank | Attn: Bankruptcy | | Po Box 291 | | Jackson MS 39205 |
| Internal Revenue Service | P.O. Box 21126 | | Centralized Insolvency Operation | | Philadelphia PA 19101-7346 |
| Synchrony Bank/Brook Brothers | Attn: Bankruptcy | | Po Box 965060 | | Orlando FL 32896-5060 |
| Tommy Ngo | | | | | |
| HANCOCK WHITNEY BANK | ATTN ANNE JAMES | | 2510 14TH STREET 2ND FLOOR | | GULFPORT MS 39501-1948 |
| 27 Audubon, LLC | c/o Barry Grodsky | | 1100 Poydras Street, Suite 2100 | | New Orleans LA 70163-2100 |
| Jose Juan Rosete a/k/a Gilberto Rivieras | | | | | |
| EOS USA | Attn: Bankruptcy | | 700 Longwater Dr. | | Norwell MA 02061-1624 |
| Dana DeGeorge/Southern Loan | 2325 Manhattan Blvd | | | | Harvey LA 70058-3450 |
| Internal Revenue Service | P.O. Box 30509 | | District Counsel | | New Orleans LA 70190-0509 |

| | | | | | |
|---|---|---|---|---|---|
| Office of the U.S. Trustee | Region V | | 400 Poydras Street, Suite 2110 | | New Orleans LA 70130-3238 |
| Chase Card Services | Attn: Bankruptcy | | Po Box 15298 | | Wilmington DE 19850 |
| Walter C. Kress III | 142 Hurlbutt St | | | | Wilton CT 06897-3101 |
| AmeriCredit/GM Financial | Attn: Bankruptcy | | Po Box 183853 | | Arlington TX 76096-3853 |
| Benedict R. McGovern Revocable Trust | Attn: Christian Weiler | | 909 Poydras Street, Suite 1250 | | New Orleans LA 70112-4018 |
| Citibank/Best Buy | Citicorp Credit Srvs/Centralized Bk dept | | Po Box 790034 | | St Louis MO 63179-0034 |
| CITY OF NEW ORLEANS | ATTN MICHELLE SHIELDS | | 1300 PERDIDO ST | | NEW ORLEANS LA 70112-2128 |
| Bank of Louisiana | Newman Mathis Brady & Spedale | | 3501 N Causeway Blvd, Ste 300 | | Metairie LA 70002-3618 |
| Syncb/Home Design Plus | Attn: Bankruptcy | | Po Box 965060 | | Orlando FL 32896-5060 |
| Acima Credit | 9815 South Monroe Street | | 4th Floor | | Sandy UT 84070-4384 |
| Eric Person | 1539 Jackson Ave, Suite 100 | | | | New Orleans LA 70130-5861 |
| Citibank/The Home Depot | Citicorp Credit Srvs/Centralized Bk dept | | Po Box 790034 | | St Louis MO 63179-0034 |
| Home Point Financial Corporation | Attn: Bankruptcy Department | | 11511 Luna Road | | Farmers Branch TX 75234 |
| TRUSTMARK NATIONAL BANK | P O BOX 1928 | | | | BRANDON MS 39043-1928 |
| Patrick Garrity | 1100 Poydras Street, 30th Floor | | | | New Orleans LA 70163-1101 |
| Silverstein Law Firm | 2901 N. Causeway Blvd, Suite 307 | | | | Metairie LA 70002-4842 |
| American InfoSource as agent for | T-Mobile | | PO Box 248848 | | Oklahoma City OK 73124-8848 |
| Citi/Sears | Citibank/Centralized Bankruptcy | | Po Box 790034 | | St Louis MO 63179-0034 |
| Alvaro Gustavo Jiraldo Paucar | P.O.Box 1496 | | | | Ketchum ID 83340-1471 |
| Prime Import Company, Inc. | 2325 Manhattan Blvd. | | | | Harvey LA 70058-3450 |
| Bank Of Louisiana | P.O. Box 6972 | | | | Metairie LA 70009-6972 |
| Loan Partners, L.L.C. | 1510 Woodland Hwy. | | Ste. A | | Belle Chasse LA 70037-1639 |
| First Bank & Trust | P.O. Box 1830 | | | | Covington LA 70434-1830 |
| BANK OF LOUISIANA | c/o JEFFREY M. TOEPFER | NEWMAN, MATHIS, BRADY & SPEDALE | 3501 N. Causeway Blvd., Suite 300 | | Metairie LA 70002-3618 |
| PRA Receivables Management, LLC | PO Box 41021 | | | | Norfolk VA 23541-1021 |
| South Johnson Street Holdings, LLC | | | | | |
| Scott Weiss | 6409 Congress Avenue, Suite 100 | | | | Boca Raton FL 33487-2853 |
| Synchrony Bank/Lowes | Attn: Bankruptcy | | Po Box 965060 | | Orlando FL 32896-5060 |
| Troy Najar | 1021 Euterpe Street | | | | New Orleans LA 70130-4123 |
| Barbara Rivera-Fulton, Trustee (South Claibo | c/o David J. Messina | | 1100 Poydras St., Suite 2300 | | New Orleans LA 70163-2301 |
| Barbara Rivera-Fulton | c/o Fernand L. Laudumiey, IV | | 1100 Poydras St., Suite 2300 | | New Orleans LA 70163-2301 |
| Home Point Financial Corporation | Attn: Bankruptcy Department | | 11511 Luna Road | | Farmers Branch TX 75234 |
| Costco Anywhere Visa Card | Attn: Bankruptcy | | Po Box 6500 | | Sioux Falls SD 57117-6500 |
| AMERICREDIT FINANCIAL SERVICES DBA GM FINAN | PO BOX 183853 | | | | ARLINGTON TX 76096-3853 |
| Gulf Coast Bank & Trust | 200 St. Charles Avenue | | | | New Orleans LA 70130 |
| McKenzie A Robets | 510 Belgrave Park | | | | Nashville TN 37215-2450 |
| Wilbur J. (Bill) Babin Jr. | 3027 Ridgelake Drive | | | | Metairie LA 70002-4924 |
| Wells Fargo Bank, N.A. | PO Box 10438, MAC F8235-02F | | | | Des Moines IA 50306-0438 |

| | | | | | |
|---|---|---|---|---|---|
| Nidal Jaber | c/o Michael Bagneris | | 935 Gravier Street | | New Orleans LA 70112-1608 |
| Jonathan R. DeTrinis | DeT Law Firm, LLC | | 4000 Bienville Street, Suite C-1 | | New Orleans LA 70119-5163 |
| DARRYL T. LANDWEHR | LANDWEHR LAW FIRM | | 650 Poydras Street, Suite 2519 | | New Orleans LA 70130-6163 |
| Greta M. Brouphy, Subchapter V Trustee | 650 Poydras Street, Suite 2500 | | | | New Orleans LA 70130-6175 |
| Office of the U.S. Trustee | 400 Poydras Street | | Suite 2110 | | New Orleans LA 70130-3238 |
| United States Bankruptcy Court | Eastern District of Louisiana | Hale Boggs Federal Building | 500 Poydras Street, Suite B-601 | | New Orleans LA 70130-3319 |
| Christy R. Bergeron | 400 Poydras Street, Suite 2110 | | | | New Orleans LA 70130-3238 |
| Louisiana Department of Revenue | P.O. Box 66658 | | | | Baton Rouge LA 70896-6658 |
| Synchrony Bank | Attn: Bankruptcy Dept | | Po Box 965060 | | Orlando FL 32896-5060 |
| AmeriCredit Financial Services, Inc. | dba GM Financial | | P O Box 183853 | | Arlington TX 76096 |
| Gulf Coast Bank and Trust Company | Newman, Mathis Brady & Spedale | C/O Wayne A. Maiorana, Jr. | 3501 N,\. Causeway Blvd., Suite 300 | | Metairie LA 70002-3618 |
| HOME POINT FINANCIAL CORPORATION | 11511 LUNA ROAD | | 2ND AND 3RD FLOOR | | FARMERS BRANCH TX 75234-6451 |
| Loan Partners, LLC | 7835 Maple Street | | | | New Orleans LA 70118-3960 |
| Ditech | Attn: Bankruptcy | | Po Box 6172 | | Rapid City SD 57709 |
| State of Louisiana | Department of Public Safety and Correcti | Office of Motor Vehicles | P. O. Box 66614 | | Baton Rouge LA 70896-6614 |
| Gerard McGovern | 2220 Broadway St. | | | | New Orleans LA 70118-5410 |
| Newman, Mathis, Brady & Spedale | 3501 N Causeway Blvd. | | Suite 300 | | Metairie LA 70002-3618 |
| Prime Imports Co, Inc | 2325 Manhattan Blvd. | | | | Harvey LA 70058-3450 |
| South Claiborne Holdings, LLC | | | | | |
| Jefferson Parish Sheriff's Office | PO Box 130 | | | | Gretna LA 70054-0130 |
| Laurie Martin | Kelly Hart Pitre | | 400 Poydras Street | Suite 1812 | New Orleans LA 70130-3347 |
| Td Auto Finance | Attn: Bankruptcy | | Po Box 9223 | | Farmington Hills MI 48333-9223 |
| CENLAR FSB | 425 PHILLIPS BLVD | | | | EWING NJ 08618-1430 |